FILED
7/23/20 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
  :
    **Lisia Cartwright,**  : Bankruptcy No. 20-70354-JAD
  :
        Debtor  : Chapter 13
  :
    **Lisia Cartwright,**  : Related to Doc. No. 13
  :
        Movant  :
  :
vs.  :
  :
    **Ronda J. Winnecour** Esquire  :
      Chapter 13 Trustee,  :
        Respondent  :

## ORDER

**AND NOW**, on this <u>23rd</u> day of <u>July</u>, 2020, upon consideration of the Motion of the above-referenced Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file her Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including **August 3, 2020**.

BY THE COURT:

_____  mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Lisia Cartwright
    Lawrence W. Willis, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-70354-JAD
Lisia Cartwright                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: culy      Page 1 of 1      Date Rcvd: Jul 23, 2020
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.
db          +Lisia Cartwright,   2009 12th Ave,   Altoona, PA 16601-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
         urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                         TOTAL: 4