FILED
7/29/20 6:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | **DEFAULT O/E JAD** |
| : | |
| LISIA CARTWRIGHT, : | BANKRUPTCY NO. 20-70354-JAD |
|           DEBTOR : | |
| : | |
| LISIA CARTWRIGHT, : | CHAPTER 13 |
|           MOVANT : | |
| : | |
| vs. : | RELATED TO DOC. NO. 4 |
| : | |
| AFNI, INC., : | |
| AT&T MOBILITY, : | |
| ATLANTIC BROADBAND, : | |
| BANK OF AMERICA, : | |
| BECKET & LEE, : | |
| C&G, : | |
| CAPITAL ONE, : | |
| CHASE CARD, : | |
| CITIBANK, : | |
| CREDIT ONE BANK, : | |
| CREDIT PROTECTION, : | |
| CREDITORS BANKRUPTCY, : | |
| DISH NETWORK, : | |
| DIVERSIFIED CONSULTANT, : | |
| DSNB MACYS, : | |
| KOHLS, : | |
| LVNV FUNDING, : | |
| M&T BANK, : | |
| NATIONWIDE, : | |
| PEOPLES GAS, : | |
| PORTFOLIO RECOVERY, : | |
| SEVENTH AVENUE, : | |
| SYNCB, : | |
| THE BUREAUS INC., : | |
| VERIZON WIRELESS, : | |
| WELLS FARGO, : | |
|           RESPONDENTS : | FILED PURSUANT TO |
| : | 11 U.S.C. § 362 (C) (3) |
|      and : | |
| : | |
| RONDA J. WINNECOUR, ESQ. : | |
| CHAPTER 13 TRUSTEE, : | |
|          ADDITIONAL : | |
|          RESPONDENT : | |

## ORDER

**AND NOW**, on this <u>29th</u> day of <u>July,</u> 2020, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

BY THE COURT,

_____ mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
   All Creditors and Parties in Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 20-70354-JAD
Lisia Cartwright                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: culy              Page 1 of 2                   Date Rcvd: Jul 29, 2020
                              Form ID: pdf900         Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
db             +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15264492        Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
15264493      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankamerica,     Po Box 982238,    El Paso, TX 79998)
15264494       +Becket & Lee,    POB 3001,   Malvern, PA 19355-0701
15264495       +C & G,    1201 12th St,    Altoona, PA 16601-3421
15264504      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
               (address filed with court: Credit Protection Asso,     13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
15264505      ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
               (address filed with court: Creditors Bankruptcy Service,     PO Box 800849,    Dallas, TX 75380)
15264498       +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
15269660        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15264500       +Citibank,n.a,    Po Box 6191,   Sioux Falls, SD 57117-6191
15264508       +Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
15264509       +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
15264514        Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
15264515       +Penelec,    PO Box 3687,   Akron, OH 44309-3687
15264516        Penelec,    C/O FirstEnergy/Penelec,    Holmdel, NJ 07733
15264517       +Peoples Gas,    100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
15270419       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, PC,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15264524       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
15264527       +Wells Fargo,    Po Box 5156,   Sioux Falls, SD 57117-5156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 04:18:26
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15264491       +E-mail/Text: g20956@att.com Jul 30 2020 04:17:25      AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
15264489       +E-mail/Text: EBNProcessing@afni.com Jul 30 2020 04:17:16      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
15264490       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2020 04:18:31      American Infosource,
                 PO Box 268941,    Oklahoma City, OK 73126-8941
15264496        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 04:19:17      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
15264497        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 04:20:13      Capital One,
                 1500 Capital One Drive,    Richmond, VA 23238
15267722        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 04:20:13
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
15264501       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 30 2020 04:16:34
                 Commenity Bank/Victoria Secret,    PO Box 182789,    Columbus, OH 43218-2789
15264502       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 30 2020 04:18:28      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
15264503       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 30 2020 04:18:28      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
15264506       +E-mail/Text: Bankruptcy.Consumer@dish.com Jul 30 2020 04:17:09      Dish Network,    PO Box 94053,
                 Palatine, IL 60094-4053
15264507       +E-mail/Text: bankruptcynotices@dcicollect.com Jul 30 2020 04:17:25      Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
15264499        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 30 2020 04:20:13      Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
15264510      ++E-mail/Text: bncnotices@becket-lee.com Jul 30 2020 04:16:27      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15265846        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 04:18:30      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15264511       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 04:19:22      Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
15264513        E-mail/Text: camanagement@mtb.com Jul 30 2020 04:16:33      M & T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
15264512        E-mail/Text: camanagement@mtb.com Jul 30 2020 04:16:33      M & T Bank,    Po Box 900,
                 Millsboro, DE 19966
15264519        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 04:19:20
                 Portfolio Recovery,    POB 12914,    Norfolk, VA 23541
15264518       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 04:20:16
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
15264520       +E-mail/Text: bankruptcy@sccompanies.com Jul 30 2020 04:17:38      Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
15264521       +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 04:19:15      Syncb/amer Eagle,    Po Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0315-7          User: culy              Page 2 of 2                Date Rcvd: Jul 29, 2020
                              Form ID: pdf900         Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15264522        +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 04:19:15      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
15264523        +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 04:19:16      Syncb/lane Furniture,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
15264714        +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 04:19:15      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15264525        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 30 2020 04:16:17
                 Verizon,   PO Box 25505,   Lehigh Valley, PA 18002-5505
15264526        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 30 2020 04:16:17
                 Verizon Wireless,   Po Box 650051,   Dallas, TX 75265-0051
                                                                                                TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T BANK
                                                                                      TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 5
```