IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CASE NO. 20-70354-JAD | |
| | : | | |
| Lisia Cartwright | : | Chapter ~~7~~ 13 | |
| Debtor | : | | |
| | : | | |
| Lisia Cartwright | : | | |
| Movant | : | Filed Pursuant to Rule 1007-4 | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Lisia Cartwright,** hereby state as follows:

1. I am unemployed.

2. I receive Unemployment Compensation in the amount of $845.00 per month.

3. I receive Food Stamps of $192.00 per month.

4. My boyfriend lives in the household and contributes $2,800.00 per month.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: July 30, 2020                                   /s **Lisia Cartwright**
                                                                **Lisia Cartwright**
                                                                Debtor