Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lisia Cartwright** | : | Case No. 20−70354−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to ECF No. 53 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 7th of March, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-70354-JAD |
|---|---|
| Lisia Cartwright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 309 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisia Cartwright, 2009 12th Ave, Altoona, PA 16601-2413 |
| 15264492 | | Atlantic Broadband, 200 Ebensburg Rd, Johnstown, PA 15901 |
| 15264495 | + | C & G, 1201 12th St, Altoona, PA 16601-3421 |
| 15264504 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 15264505 | ++ | CREDITORS BANKRUPTCY SERVICE, PO BOX 800849, DALLAS TX 75380-0849 address filed with court:, Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380 |
| 15264498 | + | Capital One - Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15264500 | + | Citibank,n.a, Po Box 6191, Sioux Falls, SD 57117-6191 |
| 15264509 | + | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 15264514 | | Nationwide, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 15264515 | + | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15286232 | + | Penelec, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel NJ 07733-1976 |
| 15264516 | | Penelec, C/O FirstEnergy/Penelec, Holmdel, NJ 07733 |
| 15264517 | + | Peoples Gas, 100 Allegheny Center Mall, Pittsburgh, PA 15212-5331 |
| 15264524 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Mar 08 2022 04:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 07 2022 23:13:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15264491 | + | EDI: CINGMIDLAND.COM | Mar 08 2022 04:13:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15264489 | + | EDI: AFNIRECOVERY.COM | Mar 08 2022 04:13:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 15264490 | + | EDI: AIS.COM | Mar 08 2022 04:13:00 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 15264493 | + | EDI: BANKAMER.COM | Mar 08 2022 04:13:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 15264494 | + | Email/PDF: bncnotices@becket-lee.com | Mar 07 2022 23:27:13 | Becket & Lee, POB 3001, Malvern, PA 19355-0701 |
| 15264496 | | EDI: CAPITALONE.COM | Mar 08 2022 04:13:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15264497 | | EDI: CAPITALONE.COM | Mar 08 2022 04:13:00 | Capital One, 1500 Capital One Drive, Richmond, VA 23238 |
| 15267722 | | EDI: CAPITALONE.COM | Mar 08 2022 04:13:00 | Capital One Bank (USA), N.A., by American |

Case 20-70354-JAD   Doc 56   Filed 03/09/22   Entered 03/10/22 00:24:23   Desc Imaged
                             Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 309 | Total Noticed: 51 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15269660 | Email/PDF: bncnotices@becket-lee.com | Mar 07 2022 23:27:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15264501 | + EDI: WFNNB.COM | Mar 08 2022 04:13:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15264502 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 07 2022 23:27:32 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15264503 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 07 2022 23:27:22 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15264508 | + EDI: CITICORP.COM | Mar 08 2022 04:13:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15264506 | + EDI: ESSL.COM | Mar 08 2022 04:13:00 | Dish Network, PO Box 94053, Palatine, IL 60094-4053 |
| 15264507 | + EDI: DCI.COM | Mar 08 2022 04:13:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15264499 | EDI: JPMORGANCHASE | Mar 08 2022 04:13:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15264510 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 07 2022 23:13:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15265846 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:27:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15264511 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:27:23 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15264513 | Email/Text: camanagement@mtb.com | Mar 07 2022 23:13:00 | M & T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15264512 | Email/Text: camanagement@mtb.com | Mar 07 2022 23:13:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15274166 | Email/Text: camanagement@mtb.com | Mar 07 2022 23:13:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15264519 | EDI: PRA.COM | Mar 08 2022 04:13:00 | Portfolio Recovery, POB 12914, Norfolk, VA 23541 |
| 15270419 | + Email/Text: ebnpeoples@grblaw.com | Mar 07 2022 23:13:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15264518 | + EDI: PRA.COM | Mar 08 2022 04:13:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15280343 | + EDI: CBS7AVE | Mar 08 2022 04:13:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15264520 | + EDI: CBS7AVE | Mar 08 2022 04:13:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15264521 | + EDI: RMSC.COM | Mar 08 2022 04:13:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15264522 | + EDI: RMSC.COM | Mar 08 2022 04:13:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15264523 | + EDI: RMSC.COM | Mar 08 2022 04:13:00 | Syncb/lane Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15264714 | + EDI: RMSC.COM | Mar 08 2022 04:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264524 | + EDI: PRATHEBUR | Mar 08 2022 04:13:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 15286334 | EDI: AIS.COM | Mar 08 2022 04:13:00 | Verizon, by American InfoSource as agent, PO |

|  |  |  |  | Box 4457, Houston, TX 77210-4457 |
|---|---|---|---|---|
| 15264525 | + | EDI: VERIZONCOMB.COM | Mar 08 2022 04:13:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 15264526 | + | EDI: VERIZONCOMB.COM | Mar 08 2022 04:13:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15264527 | + | EDI: WFFC.COM | Mar 08 2022 04:13:00 | Wells Fargo, Po Box 5156, Sioux Falls, SD 57117-5156 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | M&T BANK |
| 15272913 | *+ | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 15272911 | *+ | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 15272912 | *+ | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 15272914 | * | Atlantic Broadband, 200 Ebensburg Rd, Johnstown, PA 15901 |
| 15272915 | *+ | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 15272916 | *+ | Becket & Lee, POB 3001, Malvern, PA 19355-0701 |
| 15272917 | *+ | C & G, 1201 12th St, Altoona, PA 16601-3421 |
| 15272918 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15272926 | *P++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805, address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 15272927 | *P++ | CREDITORS BANKRUPTCY SERVICE, PO BOX 800849, DALLAS TX 75380-0849, address filed with court:, Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380 |
| 15272919 | * | Capital One, 1500 Capital One Drive, Richmond, VA 23238 |
| 15272920 | *+ | Capital One - Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15272922 | *+ | Citibank,n.a, Po Box 6191, Sioux Falls, SD 57117-6191 |
| 15272923 | *+ | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15272924 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15272925 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15272930 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15272928 | *+ | Dish Network, PO Box 94053, Palatine, IL 60094-4053 |
| 15272929 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15272921 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15272931 | *+ | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 15272932 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15272933 | *+ | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15272935 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 15272934 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15272936 | * | Nationwide, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 15272941 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, POB 12914, Norfolk, VA 23541 |
| 15272937 | *+ | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15272938 | * | Penelec, C/O FirstEnergy/Penelec, Holmdel, NJ 07733 |
| 15272939 | *+ | Peoples Gas, 100 Allegheny Center Mall, Pittsburgh, PA 15212-5331 |
| 15272940 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15272942 | *+ | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15272943 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15272944 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15272945 | *+ | Syncb/lane Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15272946 | *+ | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 15272947 | *+ | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 15272948 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15272949 | *+ | Wells Fargo, Po Box 5156, Sioux Falls, SD 57117-5156 |

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 309 | Total Noticed: 51 |

TOTAL: 1 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2022                    Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Lisia Cartwright ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 5