**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>LISIA CARTWRIGHT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-70354 JAD<br><br>Document No.: |
|---|---|

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/10/2020 and confirmed on 09/30/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,543.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,543.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,700.00 | |
|   Trustee Fee | 621.49 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,321.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 5,513.06 | 0.00 | 5,513.06 |
|     Acct: 9915 | | | | |
|   M & T BANK | 27,353.65 | 1,982.11 | 0.00 | 1,982.11 |
|     Acct: 9915 | | | | |
| | | | | 7,495.17 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LISIA CARTWRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 726.34 | 0.00 | 726.34 |
|     Acct: 1825 | | | | |
| | | | | 726.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1776 | | | | |
| AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| C & G SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0283 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 377.27 | 0.00 | 0.00 | 0.00 |
| Acct: 0018 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8778 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1028 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8931 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 681.96 | 0.00 | 0.00 | 0.00 |
| Acct: 8323 | | | | |
| CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4422 | | | | |
| CREDITORS BANKRUPTCY SVCS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3929 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3400 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 472.86 | 0.00 | 0.00 | 0.00 |
| Acct: 2731 | | | | |
| LVNV FUNDING LLC | 1,118.90 | 0.00 | 0.00 | 0.00 |
| Acct: 9856 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2207 | | | | |
| NATIONWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6111 | | | | |
| PENELEC/FIRST ENERGY** | 3,053.31 | 0.00 | 0.00 | 0.00 |
| Acct: 5180 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,034.17 | 0.00 | 0.00 | 0.00 |
| Acct: 9754 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5204 | | | | |
| SEVENTH AVENUE | 284.64 | 0.00 | 0.00 | 0.00 |
| Acct: 1570 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5204 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1315 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3250 | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1454 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 146.92 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2103 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1315 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AT & T CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                              8,221.51

TOTAL CLAIMED
PRIORITY           0.00
SECURED       27,353.65
UNSECURED      8.170.03

Date: 04/08/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com